JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE RADLEY, an individual, | CASE NO. 2:24-cv-07426-JFW(BFMx) |
| Plaintiff, | **ORDER GRANTING THE STIPULATION OF THE PARTIES TO REMAND CASE TO LOS ANGELES SUPERIOR COURT** |
| v. | |
| JAGUARY LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Having considered the stipulation of the parties, Plaintiff MARJORIE RADLEY and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("JLRNA"), to remand the action to the Los Angeles Superior Court, and with good cause appearing, it is hereby ordered that the matter is remanded to the jurisdiction of the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: September 19, 2024

Hon. John F. Walter
United States District Judge

1